FILED: September 9, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1810 (L)
(1:05-cv-00701-LMB-JFA)
_____

FARHAN MOHAMOUD TANI WARFAA

    Plaintiff - Appellee

v.

YUSUF ABDI ALI

    Defendant - Appellant

_____

No. 14-1934
(1:05-cv-00701-LMB-JFA)
_____

FARHAN MOHAMOUD TANI WARFAA

    Plaintiff - Appellant

v.

YUSUF ABDI ALI

    Defendant - Appellee

_____

O R D E R
_____

The court consolidates Case No. 14-1934 with Case No. 14-1810 as cross appeals. The appellant in Case No. 14-1810 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

                For the Court--By Direction

                <u>/s/ Patricia S. Connor, Clerk</u>